United States District Court
Southern District of Texas
**ENTERED**
February 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KAREN ANN KUYKENDALL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-254 |
| | § | |
| LOWE'S HOME CENTERS, LLC, | § | |
| | § | |
| Defendant. | § | |

## FINAL DISMISSAL ORDER

Before the Court is the parties' Agreed Joint Motion to Dismiss with Prejudice. Dkt. 20. After considering all pertinent pleadings, the Court is of the opinion that the Motion should be **GRANTED**.

It is therefore **ORDERED** that all of Plaintiff Karen Ann Kuykendall's claims against Defendant Lowe's Home Center, LLC, in this cause, whether for personal injury, premises liability, negligence, or other wrong, are **DISMISSED with prejudice**.

All relief not expressly granted herein is hereby **DENIED**.

This is a **Final Judgment.**

SIGNED at Galveston, Texas, this 6th day of February, 2017.

George C. Hanks Jr.
United States District Judge